FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 22-0001

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 22-0001

_____

IN RE THE MARRIAGE OF:
CYNTHIA J. LITTLE,

Petitioner,

and                                                                        O R D E R

ROBERT L. LITTLE,

Respondent.

_____

Petitioner Cynthia J. Little has filed three documents captioned Response to Motion for Contempt by Respondent & Judge to Postpone Hearing to hire attorney; (Answer) Response to Motion to post-pone; and Motion Revocate Dismiss Judge VOID All ORDERS – lost jurisdiction as a Trespasser of the laws., which in substance request the disqualification of the Honorable Brenda R. Gilbert from presiding in Cause No. DR 20-17 in the Sixth Judicial District Court, Park County, pursuant to § 3-1-805, MCA.

Section 3-1-805, MCA, provides that an affidavit for disqualification for cause must be accompanied by a certificate of counsel of record—in this case Little as a self-represented litigant—that the affidavit has been made in good faith. Furthermore, "[a]ny affidavit . . . which does not allege facts showing personal bias or prejudice may be set aside as void." In this case, Little accuses Judge Gilbert of "contempt for the laws, courts, and Judicial and Ethical Standards," and asserts Judge Gilbert "is guilty of violating several of [Little's] rights." However, Little offers no factual basis for these allegations. As a result, it is unnecessary to appoint a district judge to hear this matter.

IT IS THEREFORE ORDERED that the motion to disqualify District Judge Brenda R. Gilbert from Park County Cause No. DR 20-17 is DENIED.

The Clerk is directed to provide copies of this Order to the Clerk of the District Court of Park County for notification to Petitioner Cynthia J. Little, all parties of record in Cause No. DR 20-17, and to the Honorable Brenda R. Gilbert.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 22 2022